# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert Earl Gundy,  Civil No. 17-cv-0398 (MJD/TNL)

    Petitioner,

v.  **ORDER**

United States of America,

    Respondent.

Robert Earl Gundy, #182060-041, Post Office Box 1000, Duluth, MN 55814 (pro se Petitioner);

Ana H. Voss, Bahram Samie, D. Gerald Wilhelm, and Erin M. Secord, Assistant United States Attorneys, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Respondent).

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated November 7, 2017 (ECF No. 13), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

    1.    The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DENIED**.

    2.    This matter is **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  December 12, 2017                        s/Michael J. Davis
                                                             Michael J. Davis
                                                              United States District Court Judge